No. 99–8571. HATALA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8574. HADDAD v. MICHIGAN NATIONAL CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–8575. DIKE v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 99–8578. PEACOCK v. DAVIS ET UX. Sup. Ct. Idaho. Certiorari denied.

No. 99–8586. GOODWIN v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 99–8591. CALLICUTT v. PANOLA COUNTY JAIL ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–8596. ODOM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–8598. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–8600. CASTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8601. CHAIDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8603. YOUNG v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–8607. STEWART v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–8608. STERLING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8609. PIMENTEL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–8612. AVILA-RAMIREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–8613. ARESTIGUETA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.